## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| BROADCAST MUSIC, INC.; CONDUCIVE MUSIC; CRESCENDO ROYALTY FUNDING LP d/b/a SPIRIT NASHVILLE ONE CRESCENDO; EMBASSY MUSIC CORPORATION; EMI CONSORTIUM SONGS INC. d/b/a EMI LONGITUDE MUSIC; FOURTEENTH HOUR MUSIC INC.; COTILLION MUSIC, INC. d/b/a PRONTO MUSIC; STONE DIAMOND MUSIC CORP.; UNICHAPPELL MUSIC INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; WARNER-TAMERLANE PUBLISHING CORP.; and EMI BLACKWOOD MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SICILY COAL LLC d/b/a SICILY COAL FIRED PIZZA and ANTHONY PRIFITERA, <br><br> Defendants. | Civil Action No. 24-1722 <br><br> **COMPLAINT** |

Plaintiffs Broadcast Music, Inc., Conducive Music, Crescendo Royalty Funding LP d/b/a Spirit Nashville One Crescendo, Embassy Music Corporation, EMI Consortium Songs Inc. d/b/a EMI Longitude Music, Fourteenth Hour Music Inc., Cotillion Music, Inc. d/b/a Pronto Music, Stone Diamond Music Corp., Unichappell Music Inc., Sony/ATV Songs LLC, The Bernard Edwards Company LLC, Warner-Tamerlane Publishing Corp., EMI Blackwood Music, Inc., (collectively, "Plaintiffs"), for their Complaint against Defendants Sicily Coal LLC d/b/a Sicily Coal Fired Pizza and Anthony Prifitera (collectively, "Defendants"), allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1.      This is an action for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

## THE PARTIES

3.      Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.      The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Federal Rule of Civil Procedure 17(a) and 19(a).

5.      Plaintiff Conducive Music is a sole proprietorship. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6.      Plaintiff Crescendo Royalty Funding LP d/b/a Spirit Nashville One Crescendo is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7.      Plaintiff Embassy Music Corporation is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8.      Plaintiff EMI Consortium Songs Inc. d/b/a EMI Longitude Music is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9.      Plaintiff Fourteenth Hour Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10.     Plaintiff Cotillion Music, Inc. d/b/a Pronto Music is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11.     Plaintiff Stone Diamond Music Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12.     Plaintiff Unichappell Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13.     Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

14.     Plaintiff The Bernard Edwards Company LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

15.     Plaintiff Warner-Tamerlane Publishing Corp. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

16.     Plaintiff EMI Blackwood Music, Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

17.     Defendant Sicily Coal LLC is a limited liability company organized and existing under the laws of the state of Connecticut that operates, maintains and controls an establishment known as Sicily Coal Fired Pizza (the "Establishment"), located at 412 Main Street, Middletown, Connecticut 06457, in this district.

18.     In connection with the operation of the Establishment, Defendant Sicily Coal LLC publicly performs musical compositions and/or causes musical compositions to be publicly performed.

19.     Defendant Sicily Coal LLC has a direct financial interest in the Establishment.

20.     Defendant Anthony Prifitera is a member of Defendant Sicily Coal LLC with responsibility for the operation and management of that limited liability company and the Establishment.

21.     Defendant Anthony Prifitera has the right and ability to supervise the activities of Defendant Sicily Coal LLC and a direct financial interest in that limited liability company and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

22.     Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 21.

23.     BMI has reached out to Defendants over twenty-four (24) times, by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire.   Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

24.     Plaintiffs allege nine (9) claims of willful copyright infringement, based upon Defendant's unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

25.     Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants.  The Schedule contains information on the nine (9) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

26.     For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

27.     For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

28.     For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2.  For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

29.    For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

30.    The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)    Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. § 504(c);

(III)    Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(IV)    Plaintiffs have such other and further relief as is just and equitable.

6

Dated: October 28, 2024                          **GIBBONS P.C.**

                                                 /s/ Robert D. Brown, Jr.
                                                 Robert D. Brown, Jr. (ct31557)
                                                 J. Brugh Lower
                                                 One Gateway Center
                                                 Newark, New Jersey 07102
                                                 Tel: (973) 596-4500
                                                 Fax: (973) 596-0545
                                                 rbrown@gibbonslaw.com
                                                 jlower@gibbonslaw.com

                                                 *Attorneys for Plaintiffs*

# *Schedule*

| Line 1 | Claim No. | 1 |
|---|---|---|
| Line 2 | Musical Composition | Boogie Oogie Oogie |
| Line 3 | Writer(s) | Janice Marie Johnson; Perry Kibble |
| Line 4 | Publisher Plaintiff(s) | Janice-Marie Vercher, an individual d/b/a Conducive Music; Crescendo Royalty Funding LP d/b/a Spirit Nashville One Crescendo; Embassy Music Corporation |
| Line 5 | Date(s) of Registration | 5/2/78 |
| Line 6 | Registration No(s). | PA 5-715 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| Line 1 | Claim No. | 2 |
|---|---|---|
| Line 2 | Musical Composition | Boogie Shoes |
| Line 3 | Writer(s) | Harry Wayne Casey a/k/a H.W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Consortium Songs Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 8/18/75    3/27/78 |
| Line 6 | Registration No(s). | Eu 606202   PA 10-277 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Chain Of Fools |
| Line 3 | Writer(s) | Don Covay |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Cotillion Music, Inc. d/b/a Pronto Music |
| Line 5 | Date(s) of Registration | 3/4/68<br>12/31/96 |
| Line 6 | Registration No(s). | Ep 244288<br>RE 742-859 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Consortium Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/12/75    6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | I Heard It Through The Grapevine a/k/a Heard It Through The Grapevine |
| Line 3 | Writer(s) | Norman Whitfield, Barrett Strong |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 8/24/66 |
| Line 6 | Registration No(s). | Ep 220700 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Turn The Beat Around a/k/a Turn The Beat Around (Love To Hear Percussion) |
| Line 3 | Writer(s) | Peter Jackson; Gerald Jackson |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 6/6/75        11/15/79 |
| Line 6 | Registration No(s). | Eu 586537      PA 60-525 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | We Are Family |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 1/10/79     6/17/81 |
| Line 6 | Registration No(s). | PAu 76-307   PA 106-660 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | You Make Me Feel Brand New |
| Line 3 | Writer(s) | Thom Bell; Linda Creed |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/11/74     6/10/74 |
| Line 6 | Registration No(s). | EU 469664    EP 325229 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |

| Line 1 | Claim No. | 9 |
| --- | --- | --- |
| Line 2 | Musical Composition | Rehab |
| Line 3 | Writer(s) | Amy Winehouse |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc. |
| Line 5 | Date(s) of Registration | 3/15/07 |
| Line 6 | Registration No(s). | PA 1-167-207 |
| Line 7 | Date(s) of Infringement | 07/13/2024 |
| Line 8 | Place of Infringement | Sicily Coal Fired Pizza |